**Eun S. KIM, Plaintiff—Appellant,**

v.

**Jack POTTER, PMG/CEO, U.S. Postal Service; Wendy McElwain, Plant Manager; Dave Preston, Supervisor, Distribution Operations Time & Attendance Collections System Office; Chi Thai; Cary Windsor, Defendants—Appellees.**

No. 10-1737.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2011.

Decided: March 11, 2011.

Eun S. Kim, Appellant Pro Se. Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellees.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eun S. Kim appeals the district court's order dismissing her employment discrimination action pursuant to Fed.R.Civ.P.

12(b)(*l*). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kim v. Potter*, No. 8:09–cv–02973–DKC, 2010 WL 2253656 (D. Md. June 2, 2010). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*